**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case Number: 4:13cr39-RH

**DARYN COPELAND HARDY**
 a/k/a "D"
_____/

# FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1. WHEREAS, on November 26, 2013, this Court entered a Preliminary Order of Forfeiture against the property described below:

   a. **2004 Infiniti G35 Sedan, VIN# JNKCV54E34M800287.**

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on November 30, 2013. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on February 19, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge